which is challenged, arise out of certain resolutions of the board of supervisors passed at different times, charging against the town deficiencies between what was assessed and collected on preceding tax rolls. The resolutions so passed, and which I think are illegal, may be subject to review by a writ of certiorari in an independant proceeding; but that is not this case, as I understand it. The action sought to be reviewed here is, as it seems to me, ministerial and not judicial. (*People ex rel. Schau* v. *McWilliams*, 185 N. Y. 92.)

————

Rosa Bishop, as Administratrix, etc., of John Bishop, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Action reported settled. No decision.

John G. Pendorf, Respondent, v. The City of Rome, Appellant.— Judgment affirmed, with costs. All concurred.

Raymond Clifford, Respondent, v. Syenite Trap Rock Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Brockport-Holley Water Company, Respondent, v. The Village of Brockport, Appellant.— Judgment and order affirmed, with costs. All concurred.

Louis F. Massa, Respondent, v. Watertown Engine Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented upon the ground that the evidence conclusively shows that the plaintiff was not competent to efficiently discharge the duties of general superintendent, and that the verdict is contrary to the evidence.

William J. Broker, Respondent, v. Oldman Boiler Works, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles W. Barnes, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs, on the authority of *Carleton* v. *Union Transfer & Storage Co.* (137 App. Div. 225), recently decided by Appellate Division, First Department. All concurred.

George H. Schroeder, Respondent, v. Myer Einstein, as Administrator, etc., of Feis Einstein, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Carbonating Apparatus Company, Respondent, v. The Charles H. Sagar Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Elma L. Bruce, Appellant, v. Daniel F. Ticknor and James H. Ticknor, Respondents.— Judgment affirmed, with costs. All concurred.

Robert B. Murphy, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $1,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

Joshua Flanders, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred.